UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $24,000.00 IN U.S. CURRENCY,<br><br>        Defendant. | No.  2:13-CV-02446-KJM-KJN<br><br><br>ORDER |

        The government moves to strike the claim to the subject property filed by Soukhanh Saengchanh ("claimant").  Mot. to Strike ("Mot.") at 1, ECF No. 11.  Finding the matter suitable for disposition on the papers, the court did not hear argument.  Minute Order, ECF No. 14.  As explained below, the court GRANTS the motion.

        The government filed the complaint in this civil-forfeiture action on November 25, 2013, Compl. at 5, ECF No. 1, and posted a notice of civil forfeiture for thirty days, beginning November 30, 2013, *see* Decl. of Publication at 1, ECF No. 8.  Claimant contested the forfeiture, filing a claim on January 2, 2014.  Claim at 1, ECF No. 9.  Thereafter, the action remained idle until the government filed the instant motion on March 26, 2014.  Mot. at 6.  Aside from the claim, claimant has filed nothing on the docket.

"In any case in which the Government files . . . a complaint for forfeiture of property, any person claiming an interest in the seized property may file a claim . . . in the manner set forth in the Supplemental Rules" for Admiralty or Maritime and Asset Forfeiture Actions. 18 U.S.C. § 983 (a)(4)(A). Under the Supplemental Rules, "[a] claimant must serve and file an answer to the complaint or a motion under Rule 12 [of the Federal Rules of Civil Procedure] within 21 days after filing the claim." SUPP. R. G(5)(b); *see also* 18 U.S.C. § 983 (a)(4)(B) ("A person asserting an interest in the seized property . . . shall file an answer to the Government's complaint . . . not later than 20 days after the date of filing of the claim."). Where the claimant fails to do so, "the government may move to strike a claim . . . ." *Id.* G(8)(c).

Here, claimant filed his claim on January 2, 2014, and the applicable twenty-one-day period elapsed on January 23, 2014. *See* FED. R. CIV. P. 6(a)(1)(A)–(C). Claimant has filed nothing further on the docket, within the permitted period or otherwise. He has thus failed to comply with the Supplemental Rules, SUPP. R. G(5)(b), and the claim is properly stricken, *id.* G(8)(c).

As set forth above, the motion is GRANTED. The claim is stricken.

IT IS SO ORDERED.

DATED: May 28, 2014.

_____
UNITED STATES DISTRICT JUDGE