UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     v.<br><br>Approximately $24,000.00 in U.S. Currency,<br><br>           Defendant. | Case No.  2:13-cv-02446 KJM KJN<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against potential claimant:

Soukhanh Saengchanh, forfeiting all right, title and interest in the defendant currency to the United States, to be disposed of according to law.

Date: October 22, 2014                                            MARIANNE MATHERLY, CLERK

                                                                              By: /s/  G. Michel
                                                                              Deputy Clerk